UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA M. E., | ) | CIVIL ACTION NO. 4:22-CV-0992 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI | ) | |
| *Acting Social Security Commissioner*, | ) | |
| Defendant | ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) with a new Administrative Law Judge.

(3) Final judgment will be issued in favor of Amanda M. E. by separate order.

(4) The Clerk of Court is DIRECTED to CLOSE this case.

Date: December 6, 2023

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge